# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BURLINGTON INSURANCE COMPANY, | Case No. 1:22-cv-01598-ADA-SAB |
|        Plaintiff, | ORDER ENTERING STIPULATION RE OMITTED EXHIBIT TO COMPLAINT AND DEEMING EXHIBIT A FILED WITH COMPLAINT |
|    v. | |
| OSEAS ORDAS, | (ECF Nos. 1, 9) |
|       Defendant. | |

Plaintiff filed the complaint in this action on December 13, 2022.  (ECF No. 1.)  On March 21, 2023, the parties filed a stipulation agreeing that an exhibit that was referenced in the complaint but mistakenly not attached, be deemed filed with the complaint.  (ECF No. 9.)  The Court finds good cause to enter the parties' stipulation.

Accordingly, IT IS HEREBY ORDERED that, pursuant to the parties' stipulation, Exhibit A, filed at docket entry number 9 at pages 3 through 92, be deemed an operative exhibit to the complaint filed on December 13, 2022.

IT IS SO ORDERED.

Dated:   **March 22, 2023**

UNITED STATES MAGISTRATE JUDGE