# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BURLINGTON INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>        v.<br><br>OSEAS ORDAS,<br><br>        Defendant. | Case No. 1:22-cv-01598-ADA-SAB<br><br>ORDER GRANTING PLAINTIFF'S SUBSTITUTION OF ATTORNEY AND DIRECTING CLERK OF COURT TO UPDATE DOCKET<br><br>(ECF No. 13) |

On June 14, 2023, Plaintiff the Burlington Insurance Company, filed a notice of substitution of attorney, substituting attorney Dean C. Burnick in place of attorney Henry M. Su. (ECF No. 13.)  Accordingly, Dean C. Burnick is substituted as attorney of record for Plaintiff and the Office of the Clerk is DIRECTED to terminate attorney Henry M. Su as counsel of record for Plaintiff.

IT IS SO ORDERED.

Dated:  **June 15, 2023**

                                                UNITED STATES MAGISTRATE JUDGE